In the Matter of ELLIS T. TERRY, Public Administrator of Suffolk County, as Administrator of the Estate of JOHN S. WOOD, Deceased, Respondent, against KINGS PARK STATE HOSPITAL et al., Appellants.

Argued November 22, 1944; decided December 30, 1944.

*George J. Hayes* and *William F. O'Rourke* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Weidersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

*Samuel Brill* for claimant-respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.